IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A,

the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed that the cases should

be removed from the active docket.  The Court, therefore, finds it unnecessary to conduct further

proceedings or to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as

follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the

active docket.

3.      Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or

before May 31, 2018; if dismissal orders are not submitted by May 31, 2018, then the Court will

have a hearing to determine the appropriate action pertaining to any remaining cases on the

inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

_____

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any
American Medical Systems, Inc. entities.

progress in dismissing cases on the inactive docket.  The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement supported by affidavit from the plaintiff.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.  The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 4768

_____

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – MCSWEENEY & LANGEVIN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-10986 | Leann Carter vs. American Medical Systems, Inc. |
| 2:14-cv-11870 | Teri Elliott vs. American Medical Systems, Inc. |
| 2:14-cv-18934 | Sara Fox, Gerald Fox vs. American Medical Systems, Inc. |
| 2:14-cv-20095 | Reba Aman vs. American Medical Systems, Inc. |
| 2:14-cv-22290 | Linda Murphy, Thomas Murphy vs. American Medical Systems, Inc. |
| 2:14-cv-23612 | Bobbie Miles vs. American Medical Systems, Inc. |
| 2:14-cv-23614 | Teresa Johnson vs. American Medical Systems, Inc. |
| 2:14-cv-23870 | Tania Maestas, Toby Maestas vs. American Medical Systems, Inc. |
| 2:14-cv-27693 | Joanne Armstrong vs. American Medical Systems, Inc. |
| 2:14-cv-27884 | Jennifer Rogerson, Burrell Segars Rogerson, Jr. vs. American Medical Systems, Inc. |
| 2:14-cv-28016 | Tasha Lovejoy, Neilson Lovejoy vs. American Medical Systems, Inc. |
| 2:14-cv-28028 | Joy Fryman, Timothy Fryman vs. American Medical Systems, Inc. |
| 2:14-cv-28043 | Goldie Servin vs. American Medical Systems, Inc. |
| 2:14-cv-28142 | Pauline Greenier vs. American Medical Systems, Inc. |
| 2:14-cv-28435 | Lavelle Williams, Edgar Williams vs. American Medical Systems, Inc. |
| 2:14-cv-28437 | Jacqueline Dolby vs. American Medical Systems, Inc. |
| 2:14-cv-28442 | Barbara Douglas, Robert Douglas vs. American Medical Systems, Inc. |
| 2:14-cv-28445 | Donna Jewell vs. American Medical Systems, Inc. |
| 2:14-cv-28447 | Cynthia Johnson vs. American Medical Systems, Inc. |
| 2:14-cv-28664 | Denise Gates, Terry Gates vs. American Medical Systems, Inc. |
| 2:14-cv-28665 | Elizabeth Geeter vs. American Medical Systems, Inc. |
| 2:14-cv-28667 | Judy Buzzell, Garry Buzzell vs. American Medical Systems, Inc. |
| 2:14-cv-28673 | Christina Lowery vs. American Medical Systems, Inc. |
| 2:14-cv-28678 | Patricia Trent vs. American Medical Systems, Inc. |
| 2:14-cv-28681 | Brenda Carr, Bill Carr vs. American Medical Systems, Inc. |
| 2:14-cv-28683 | Martha Mills, David Burckner vs. American Medical Systems, Inc. |
| 2:14-cv-28685 | Cynthia Mims vs. American Medical Systems, Inc. |
| 2:14-cv-28755 | Jimmie Ann Flake vs. American Medical Systems, Inc. |
| 2:14-cv-28761 | Shirley Valentine vs. American Medical Systems, Inc. |
| 2:14-cv-28764 | Sheri Van Hoogen, Jon Van Hoogen vs. American Medical Systems, Inc. |
| 2:14-cv-28766 | Sequoya Prince vs. American Medical Systems, Inc. |

| 2:14-cv-28767 | Virginia Groves vs. American Medical Systems, Inc. |
|---|---|
| 2:14-cv-28770 | Bonni Bousman vs. American Medical Systems, Inc. |
| 2:14-cv-28774 | Patricia Piehl Brown, Conrad Brown vs. American Medical Systems, Inc. |
| 2:14-cv-28775 | Anna Carlo, Anthony Carlo vs. American Medical Systems, Inc. |
| 2:14-cv-28927 | Anne Crockett, Joseph Crockett vs. American Medical Systems, Inc. |
| 2:14-cv-29023 | Loretta Valdez, John Valdez vs. American Medical Systems, Inc. |
| 2:14-cv-29028 | Dianna Rubenstahl vs. American Medical Systems, Inc. |
| 2:14-cv-29031 | Catrena Holley, Scott Holley vs. American Medical Systems, Inc. |
| 2:14-cv-29035 | Cheryl Robbins, Chris Robbins vs. American Medical Systems, Inc. |
| 2:14-cv-29097 | Connie Hudson vs. American Medical Systems, Inc. |
| 2:14-cv-29104 | Deborah Campbell, Paul Campbell vs. American Medical Systems, Inc. |
| 2:14-cv-29111 | Samantha Walker, Isiac Walker vs. American Medical Systems, Inc. |
| 2:14-cv-29226 | Beverly Hill vs. American Medical Systems, Inc. |
| 2:14-cv-29229 | Charmaine Puttman, Richard Puttman vs. American Medical Systems, Inc. |
| 2:14-cv-29434 | Elizabeth Poole, Charles Poole vs. American Medical Systems, Inc. |
| 2:14-cv-29439 | Patricia Kinsey, Travis Kinsey vs. American Medical Systems, Inc. |
| 2:14-cv-29443 | Monica Wright, Dennis Wright vs. American Medical Systems, Inc. |
| 2:14-cv-29560 | Gisele Michelsen, Michael Michelsen vs. American Medical Systems, Inc. |
| 2:14-cv-29632 | Victoria Collins vs. American Medical Systems, Inc. |
| 2:14-cv-30314 | Tina Ogle, James Ogle vs. American Medical Systems, Inc. |
| 2:14-cv-30378 | Lori Deen vs. American Medical Systems, Inc. |
| 2:14-cv-30384 | Kathy Hill, Daniel Hill vs. American Medical Systems, Inc. |
| 2:14-cv-30556 | Petrita Reyes vs. American Medical Systems, Inc. |
| 2:14-cv-30558 | Lakisha Backstrom vs. American Medical Systems, Inc. |
| 2:14-cv-30562 | Adrienne Wilson vs. American Medical Systems, Inc. |
| 2:14-cv-30568 | Leoma Short, Everett Short vs. American Medical Systems, Inc. |
| 2:14-cv-30572 | Bambi Hayward, Danny Ray Hayward vs. American Medical Systems, Inc. |
| 2:14-cv-30578 | Marjorie Elkins vs. American Medical Systems, Inc. |
| 2:14-cv-30580 | Florida Casias, Joe B. Casias vs. American Medical Systems, Inc. |
| 2:14-cv-30770 | Connie Jacks, Larry Jacks vs. American Medical Systems, Inc. |
| 2:14-cv-30771 | Mattie Justice vs. American Medical Systems, Inc. |
| 2:14-cv-30773 | Trudy Brannon vs. American Medical Systems, Inc. |
| 2:14-cv-30776 | Teresa Williams vs. American Medical Systems, Inc. |
| 2:14-cv-30802 | Tammy Smith vs. American Medical Systems, Inc. |
| 2:14-cv-31256 | Cynthia McQuillan, Charles McQuillan vs. American Medical Systems, Inc. |
| 2:15-cv-00019 | Linda Crane-Zavala vs. American Medical Systems, Inc. |
| 2:15-cv-00377 | Carolyn Hawkins-Smith, Arthur Smith vs. American Medical Systems, Inc. |

| | |
|---|---|
| 2:15-cv-00379 | Donna Erchak, David Erchak vs. American Medical Systems, Inc. |
| 2:15-cv-00519 | Denise Walker, Craig Walker vs. American Medical Systems, Inc. |
| 2:15-cv-00520 | Delaine Powell, Brian Powell vs. American Medical Systems, Inc. |
| 2:15-cv-00521 | Debronetta McCoy, James McCoy vs. American Medical Systems, Inc. |
| 2:15-cv-00808 | Cindy LaCounte vs. American Medical Systems, Inc. |
| 2:15-cv-00811 | Dawnetta Geer, Corey Taylor vs. American Medical Systems, Inc. |
| 2:15-cv-00815 | Rhonda Espeland vs. American Medical Systems, Inc. |
| 2:15-cv-01219 | Minerva De Leon, Nicholas Susco vs. American Medical Systems, Inc. |
| 2:15-cv-01220 | Sharon Jenkins vs. American Medical Systems, Inc. |
| 2:15-cv-01492 | Lissett Vidal, Wallace De Oliviera vs. American Medical Systems, Inc. |
| 2:15-cv-01494 | Janet Breault, Richard Breault vs. American Medical Systems, Inc. |
| 2:15-cv-01495 | Cindy Marks, Ernest Marks vs. American Medical Systems, Inc. |
| 2:15-cv-01556 | Pamela Earley, Max Earley vs. American Medical Systems, Inc. |
| 2:15-cv-01560 | Cynthia Cruz, Melvin Moscat vs. American Medical Systems, Inc. |
| 2:15-cv-15882 | Corinne Burnworth, Ralph Burnworth Sr. vs. American Medical Systems, Inc. |
| ~~2:16-cv-01998~~ | ~~Joyce Brown vs. American Medical Systems, Inc.~~ |
| 2:16-cv-02035 | Krystyna Orlean, Jerzy Orlean vs. American Medical Systems, Inc. |
| 2:16-cv-02528 | Jane Bakerman vs. American Medical Systems, Inc. |
| 2:16-cv-02529 | Debra Parkhurst vs. American Medical Systems, Inc. |
| 2:16-cv-02534 | Tracey Compton, Tommie Magee vs. American Medical Systems, Inc. |
| 2:16-cv-02537 | Denise Rancourt, Joseph J. Rancourt vs. American Medical Systems, Inc. |
| 2:16-cv-02538 | Kathleen McKeon vs. American Medical Systems, Inc. |
| 2:16-cv-02542 | Rachel Hill, Jonathan Hill vs. American Medical Systems, Inc. |
| 2:16-cv-02543 | Cynthia Ford, Troy Ford vs. American Medical Systems, Inc. |
| 2:16-cv-02720 | Betty Altman, Wyley Altman vs. American Medical Systems, Inc. |
| 2:16-cv-02722 | Danette Charnetzky, Daniel Charnetzky vs. American Medical Systems, Inc. |
| 2:16-cv-02723 | Belinda Bush vs. American Medical Systems, Inc. |
| 2:16-cv-02725 | Tina Cyr, Donn Cyr vs. American Medical Systems, Inc. |
| 2:16-cv-02727 | Anna Spears, Andrew Spears vs. American Medical Systems, Inc. |
| 2:16-cv-02729 | Lisa Marie Sobolik, Gary Sobolik vs. American Medical Systems, Inc. |
| 2:16-cv-02731 | Cherie Coale vs. American Medical Systems, Inc. |
| 2:16-cv-02732 | Christina Felis, Walter Felis vs. American Medical Systems, Inc. |
| 2:16-cv-02733 | Ann Steffes, Robert Steffes vs. American Medical Systems, Inc. |
| 2:16-cv-02734 | Dianne Birchmeier vs. American Medical Systems, Inc. |
| 2:16-cv-02757 | Loretta Brown vs. American Medical Systems, Inc. |
| 2:16-cv-02873 | Cynthia Williams, Machan Williams vs. American Medical |

| | Systems, Inc. |
|---|---|
| 2:16-cv-02897 | Esther Gomez, Anthony Gomez vs. American Medical Systems, Inc. |
| 2:16-cv-03005 | Cora Huggard vs. American Medical Systems, Inc. |
| 2:16-cv-04009 | Patsy Recla, Ken Recla vs. American Medical Systems, Inc. |
| 2:16-cv-04011 | Gail Gioioso, Domenick Gioioso vs. American Medical Systems, Inc. |
| 2:16-cv-04453 | Traci Beyer, Michael William Beyer vs. American Medical Systems, Inc. |
| 2:16-cv-04464 | Jeneen Blackburn, Garry Blackburn vs. American Medical Systems, Inc. |
| 2:16-cv-04506 | Linda Koch-Kious vs. American Medical Systems, Inc. |
| 2:16-cv-06429 | Jodie Barbosa, Guillermo Barbosa vs. American Medical Systems, Inc. |
| 2:16-cv-06810 | Janet Goodwine, Melvin Goodwine vs. American Medical Systems, Inc. |
| 2:16-cv-07570 | Carmen Melendez vs. American Medical Systems, Inc. |
| 2:16-cv-10217 | Stephanie Polomis, James Polomis vs. American Medical Systems, Inc. |